JAMES C. ZIMMERMANN
THE LAW OFFICES OF JAMES C. ZIMMERMANN
244 ROUTE 94
P.O. BOX 472
VERNON, NJ  07462

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-32084

Re:  JILL M SCHILLE  
11 POINT PLACE  
RINGWOOD,  NJ  07456

Atty:  JAMES C. ZIMMERMANN  
THE LAW OFFICES OF JAMES C. ZIMMERMANN  
244 ROUTE 94  
P.O. BOX 472  
VERNON, NJ  07462

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2018 | $393.00 | 5441553000 | | | |

**Total Receipts: $393.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $393.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 44.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 22,983.93 | 0.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA NA | UNSECURED | 447.14 | 0.00% | 0.00 | 0.00 |
| 0004 | CHASE BANK USA, N.A. | UNSECURED | 6,986.97 | 0.00% | 0.00 | 0.00 |
| 0005 | CITIBANK NA | UNSECURED | 6,881.63 | 0.00% | 0.00 | 0.00 |
| 0006 | LVNV FUNDING LLC | UNSECURED | 5,093.31 | 0.00% | 0.00 | 0.00 |
| 0007 | DRMATOLOGY GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | GM FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CAPITAL ONE NA | UNSECURED | 544.63 | 0.00% | 0.00 | 0.00 |
| 0012 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | NORDSTROM SIGNATURE VISA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | PORT AUTHORITY NY/NJ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | ROUNDPOINT MORTGAGE SERVICING CO | MORTGAGE ARRE | 3,658.85 | 100.00% | 0.00 | 0.00 |
| 0017 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,540.72 | 0.00% | 0.00 | 0.00 |
| 0020 | BANK OF AMERICA | UNSECURED | 11,190.07 | 0.00% | 0.00 | 0.00 |
| 0021 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $44.80**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $393.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $44.80    =    Funds on Hand: $741.20

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.