**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JILL M SCHILLE

**Case No.:  18-32084**

**Adv. No.:**

**Hearing Date:  06/27/2019**

**Judge:  JKS**

### CERTIFICATION OF SERVICE

1.  I, Jeannine VanSant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the   above captioned matter.

2.  On, 05/02/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JILL M SCHILLE
11 POINT PLACE
RINGWOOD, NJ  07456
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JAMES C. ZIMMERMANN
THE LAW OFFICES OF JAMES C. ZIMMERMANN
244 ROUTE 94
P.O. BOX 472
VERNON, NJ  07462
Mode of Service:  Regular Mail

Dated:  May 02, 2019

By:   /S/  Jeannine VanSant
Jeannine VanSant