JAMES C. ZIMMERMANN
THE LAW OFFICES OF JAMES C. ZIMMERMANN
244 ROUTE 94
P.O. BOX 472
VERNON, NJ  07462

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 18-32084

| Re: | JILL M SCHILLE<br>11 POINT PLACE<br>RINGWOOD,  NJ  07456 | Atty: | JAMES C. ZIMMERMANN<br>THE LAW OFFICES OF JAMES C. ZIMMERMANN<br>244 ROUTE 94<br>P.O. BOX 472<br>VERNON, NJ  07462 |
|---|---|---|---|

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $41,400.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2018 | $393.00 | 5441553000 | 01/04/2019 | $393.00 | 5521581000 |
| 02/04/2019 | $700.00 | 5592031000 | 03/04/2019 | $700.00 | 5673704000 |
| 04/03/2019 | $700.00 | 5757569000 | 04/08/2019 | ($700.00) | 5757569000 |
| 04/16/2019 | $700.00 | 23722940103 | 05/10/2019 | $700.00 | 25818900557 |
| 06/07/2019 | $700.00 | 19599924802 | 07/16/2019 | $700.00 | 25141640207 |
| 08/19/2019 | $700.00 | 24479747583 | 09/13/2019 | $700.00 | 25141624716 |
| 10/10/2019 | $700.00 | 23722945784 | 11/13/2019 | $700.00 | 23722943940 |
| 12/10/2019 | $700.00 | 23722944028 | 01/10/2020 | $700.00 | 23722944434 |

**Total Receipts: $9,186.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,186.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 10/21/2019 | $332.85 | 8,001,242 | 10/21/2019 | $51.27 | 8,001,242 |
| | 11/18/2019 | $264.49 | 8,001,283 | 11/18/2019 | $40.76 | 8,001,283 |
| | 12/16/2019 | $40.74 | 8,001,324 | 12/16/2019 | $264.48 | 8,001,324 |
| | 01/13/2020 | $264.48 | 8,001,369 | 01/13/2020 | $40.74 | 8,001,369 |
| BANK OF AMERICA | | | | | | |
| | 10/21/2019 | $162.05 | 835,218 | 11/18/2019 | $128.77 | 837,311 |
| | 12/16/2019 | $128.77 | 839,253 | 01/13/2020 | $128.76 | 841,131 |
| BANK OF AMERICA NA | | | | | | |
| | 10/21/2019 | $6.48 | 834,660 | 11/18/2019 | $5.14 | 836,776 |
| | 12/16/2019 | $5.15 | 838,719 | 01/13/2020 | $5.14 | 840,603 |
| CAPITAL ONE NA | | | | | | |
| | 10/21/2019 | $7.89 | 8,001,240 | 11/18/2019 | $6.26 | 8,001,286 |
| | 12/16/2019 | $6.27 | 8,001,327 | 01/13/2020 | $6.27 | 8,001,368 |

**Chapter 13 Case # 18-32084**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | | |
| | 10/21/2019 | $101.19 | 835,316 | 11/18/2019 | $80.39 | 837,407 |
| | 12/16/2019 | $80.40 | 839,349 | 01/13/2020 | $80.41 | 841,216 |
| CITIBANK NA | | | | | | |
| | 10/21/2019 | $99.66 | 835,072 | 11/18/2019 | $79.18 | 837,170 |
| | 12/16/2019 | $79.19 | 839,093 | 01/13/2020 | $79.19 | 840,962 |
| LVNV FUNDING LLC | | | | | | |
| | 10/21/2019 | $73.76 | 835,619 | 11/18/2019 | $58.61 | 837,689 |
| | 12/16/2019 | $58.61 | 839,606 | 01/13/2020 | $58.61 | 841,483 |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION | | | | | | |
| | 04/15/2019 | $456.40 | 824,037 | 05/20/2019 | $660.10 | 826,055 |
| | 06/17/2019 | $672.00 | 828,009 | 07/15/2019 | $672.00 | 829,876 |
| | 08/19/2019 | $672.00 | 831,891 | 09/16/2019 | $526.35 | 833,883 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 432.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,605.00 | 100.00% | 1,605.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 22,983.93 | * | 1,126.30 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA NA | UNSECURED | 447.14 | * | 21.91 | |
| 0004 | CHASE BANK USA, N.A. | UNSECURED | 6,986.97 | * | 342.39 | |
| 0005 | CITIBANK NA | UNSECURED | 6,881.63 | * | 337.22 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 5,093.31 | * | 249.59 | |
| 0007 | DRMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | GM FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0011 | CAPITAL ONE NA | UNSECURED | 544.63 | * | 26.69 | |
| 0012 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0013 | NORDSTROM SIGNATURE VISA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PORT AUTHORITY NY/NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | ROUNDPOINT MORTGAGE SERVICING CO | MORTGAGE ARRE | 3,658.85 | 100.00% | 3,658.85 | |
| 0017 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | AMERICAN EXPRESS BANK | UNSECURED | 3,540.72 | * | 173.51 | |
| 0020 | BANK OF AMERICA | UNSECURED | 11,190.07 | * | 548.35 | |
| 0021 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $8,522.40**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $9,186.00    -    Paid to Claims: $6,484.81    -    Admin Costs Paid: $2,037.59    =    Funds on Hand: $663.60

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.