JAMES C. ZIMMERMANN
THE LAW OFFICES OF JAMES C. ZIMMERMANN
244 ROUTE 94
P.O. BOX 472
VERNON, NJ  07462

Re: JILL M SCHILLE
11 POINT PLACE
RINGWOOD,  NJ  07456

Atty: JAMES C. ZIMMERMANN
THE LAW OFFICES OF JAMES C. ZIMMERMANN
244 ROUTE 94
P.O. BOX 472
VERNON, NJ  07462

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 18-32084

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $41,400.00

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2018 | $393.00 | 5441553000 | 01/04/2019 | $393.00 | 5521581000 |
| 02/04/2019 | $700.00 | 5592031000 | 03/04/2019 | $700.00 | 5673704000 |
| 04/03/2019 | $700.00 | 5757569000 | 04/08/2019 | ($700.00) | 5757569000 |
| 04/16/2019 | $700.00 | 23722940103 | 05/10/2019 | $700.00 | 25818900557 |
| 06/07/2019 | $700.00 | 19599924802 | 07/16/2019 | $700.00 | 25141640207 |
| 08/19/2019 | $700.00 | 24479747583 | 09/13/2019 | $700.00 | 25141624716 |
| 10/10/2019 | $700.00 | 23722945784 | 11/13/2019 | $700.00 | 23722943940 |
| 12/10/2019 | $700.00 | 23722944028 | 01/10/2020 | $700.00 | 23722944434 |
| 02/11/2020 | $700.00 | 23722946673 | 03/13/2020 | $700.00 | 23722947066 |
| 05/06/2020 | $700.00 | 26433025615 | 05/06/2020 | $700.00 | 26433025626 |
| 07/06/2020 | $700.00 | 26433027011 | 09/29/2020 | $700.00 | 26433027955 |
| 09/29/2020 | $700.00 | 26433027966 | 10/06/2020 | $700.00 | 26433028394 |
| 10/06/2020 | $700.00 | 26433028383 | 11/10/2020 | $714.00 | 26433028697 |
| 12/18/2020 | $700.00 | 26433031037 | 01/15/2021 | $700.00 | 26433030216 |

**Total Receipts: $17,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $17,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 10/21/2019 | $332.85 | 8,001,242 | 10/21/2019 | $51.27 | 8,001,242 |
| | 11/18/2019 | $264.49 | 8,001,283 | 11/18/2019 | $40.76 | 8,001,283 |
| | 12/16/2019 | $40.74 | 8,001,324 | 12/16/2019 | $264.48 | 8,001,324 |
| | 01/13/2020 | $264.48 | 8,001,369 | 01/13/2020 | $40.74 | 8,001,369 |
| | 02/10/2020 | $264.48 | 8,001,408 | 02/10/2020 | $40.74 | 8,001,408 |
| | 03/16/2020 | $264.47 | 8,001,450 | 03/16/2020 | $40.74 | 8,001,450 |
| | 04/20/2020 | $40.75 | 8,001,486 | 04/20/2020 | $264.50 | 8,001,486 |
| | 06/15/2020 | $502.18 | 8,001,598 | 06/15/2020 | $77.36 | 8,001,598 |
| | 08/17/2020 | $258.07 | 8,001,711 | 08/17/2020 | $39.76 | 8,001,711 |
| | 10/19/2020 | $516.12 | 8,001,833 | 10/19/2020 | $79.51 | 8,001,833 |

**Chapter 13 Case # 18-32084**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/16/2020 | $79.51 | 8,001,898 | | 11/16/2020 | $516.13 | 8,001,898 |
| | 12/21/2020 | $263.18 | 8,001,954 | | 12/21/2020 | $40.54 | 8,001,954 |
| | 01/11/2021 | $258.11 | 8,002,017 | | 01/11/2021 | $39.76 | 8,002,017 |
| BANK OF AMERICA | | | | | | | |
| | 10/21/2019 | $162.05 | 835,218 | | 11/18/2019 | $128.77 | 837,311 |
| | 12/16/2019 | $128.77 | 839,253 | | 01/13/2020 | $128.76 | 841,131 |
| | 02/10/2020 | $128.78 | 843,007 | | 03/16/2020 | $128.76 | 844,914 |
| | 04/20/2020 | $128.77 | 846,862 | | 06/15/2020 | $244.49 | 850,460 |
| | 08/17/2020 | $125.65 | 854,122 | | 10/19/2020 | $251.27 | 857,817 |
| | 11/16/2020 | $251.29 | 859,609 | | 12/21/2020 | $128.19 | 861,428 |
| | 01/11/2021 | $125.61 | 863,225 | | | | |
| BANK OF AMERICA NA | | | | | | | |
| | 10/21/2019 | $6.48 | 834,660 | | 11/18/2019 | $5.14 | 836,776 |
| | 12/16/2019 | $5.15 | 838,719 | | 01/13/2020 | $5.14 | 840,603 |
| | 02/10/2020 | $5.14 | 842,477 | | 03/16/2020 | $5.16 | 844,349 |
| | 04/20/2020 | $5.14 | 846,295 | | 06/15/2020 | $9.76 | 849,954 |
| | 08/17/2020 | $5.03 | 853,589 | | 10/19/2020 | $10.04 | 857,274 |
| | 11/16/2020 | $10.04 | 859,076 | | 12/21/2020 | $5.12 | 860,838 |
| | 01/11/2021 | $5.02 | 862,748 | | | | |
| CAPITAL ONE NA | | | | | | | |
| | 10/21/2019 | $7.89 | 8,001,240 | | 11/18/2019 | $6.26 | 8,001,286 |
| | 12/16/2019 | $6.27 | 8,001,327 | | 01/13/2020 | $6.27 | 8,001,368 |
| | 02/10/2020 | $6.26 | 8,001,410 | | 03/16/2020 | $6.28 | 8,001,444 |
| | 04/20/2020 | $6.27 | 8,001,485 | | 06/15/2020 | $11.89 | 8,001,594 |
| | 08/17/2020 | $6.11 | 8,001,718 | | 10/19/2020 | $12.24 | 8,001,840 |
| | 11/16/2020 | $12.22 | 8,001,897 | | 12/21/2020 | $6.25 | 8,001,953 |
| | 01/11/2021 | $6.11 | 8,002,008 | | | | |
| CHASE BANK USA, N.A. | | | | | | | |
| | 10/21/2019 | $101.19 | 835,316 | | 11/18/2019 | $80.39 | 837,407 |
| | 12/16/2019 | $80.40 | 839,349 | | 01/13/2020 | $80.41 | 841,216 |
| | 02/10/2020 | $80.40 | 843,095 | | 03/16/2020 | $80.40 | 845,000 |
| | 04/20/2020 | $80.40 | 846,949 | | 06/15/2020 | $152.66 | 850,533 |
| | 08/17/2020 | $78.46 | 854,192 | | 10/19/2020 | $156.89 | 857,891 |
| | 11/16/2020 | $156.90 | 859,688 | | 12/21/2020 | $80.04 | 861,507 |
| | 01/11/2021 | $78.43 | 863,290 | | | | |
| CITIBANK NA | | | | | | | |
| | 10/21/2019 | $99.66 | 835,072 | | 11/18/2019 | $79.18 | 837,170 |
| | 12/16/2019 | $79.19 | 839,093 | | 01/13/2020 | $79.19 | 840,962 |
| | 02/10/2020 | $79.20 | 842,836 | | 03/16/2020 | $79.19 | 844,712 |
| | 04/20/2020 | $79.18 | 846,659 | | 06/15/2020 | $150.36 | 850,266 |
| | 08/17/2020 | $77.27 | 853,919 | | 10/19/2020 | $154.53 | 857,599 |
| | 11/16/2020 | $154.54 | 859,392 | | 12/21/2020 | $78.80 | 861,180 |
| | 01/11/2021 | $77.27 | 863,020 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 10/21/2019 | $73.76 | 835,619 | | 11/18/2019 | $58.61 | 837,689 |
| | 12/16/2019 | $58.61 | 839,606 | | 01/13/2020 | $58.61 | 841,483 |
| | 02/10/2020 | $58.61 | 843,374 | | 03/16/2020 | $58.61 | 845,292 |
| | 04/20/2020 | $58.61 | 847,233 | | 06/15/2020 | $111.29 | 850,783 |
| | 08/17/2020 | $57.16 | 854,459 | | 10/19/2020 | $114.40 | 858,158 |
| | 11/16/2020 | $114.38 | 859,945 | | 12/21/2020 | $58.32 | 861,781 |
| | 01/11/2021 | $57.19 | 863,538 | | | | |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION | | | | | | | |
| | 04/15/2019 | $456.40 | 824,037 | | 05/20/2019 | $660.10 | 826,055 |
| | 06/17/2019 | $672.00 | 828,009 | | 07/15/2019 | $672.00 | 829,876 |
| | 08/19/2019 | $672.00 | 831,891 | | 09/16/2019 | $526.35 | 833,883 |

**CLAIMS AND DISTRIBUTIONS**

Chapter 13 Case # 18-32084

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,066.39 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,605.00 | 100.00% | 1,605.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 22,983.93 | * | 4,233.54 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA NA | UNSECURED | 447.14 | * | 82.36 | |
| 0004 | CHASE BANK USA, N.A. | UNSECURED | 6,986.97 | * | 1,286.97 | |
| 0005 | CITIBANK NA | UNSECURED | 6,881.63 | * | 1,267.56 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 5,093.31 | * | 938.16 | |
| 0007 | DRMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | GM FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0011 | CAPITAL ONE NA | UNSECURED | 544.63 | * | 100.32 | |
| 0012 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0013 | NORDSTROM SIGNATURE VISA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PORT AUTHORITY NY/NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | ROUNDPOINT MORTGAGE SERVICING CO | MORTGAGE ARRE | 3,658.85 | 100.00% | 3,658.85 | |
| 0017 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | AMERICAN EXPRESS BANK | UNSECURED | 3,540.72 | * | 652.18 | |
| 0020 | BANK OF AMERICA | UNSECURED | 11,190.07 | * | 2,061.16 | |
| 0021 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

Total Paid: $16,952.49
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $17,600.00    -    Paid to Claims: $14,281.10    -    Admin Costs Paid: $2,671.39    =    Funds on Hand: $647.51

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.