Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.:  18−32084−JKS
                                              Chapter:  13
                                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jill M Schille
   11 Point Place
   Ringwood, NJ 07456

Social Security No.:
   xxx−xx−8286

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/21.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 16, 2021
JAN: zlh

                                                                                               Jeanne Naughton
                                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-32084-JKS
Jill M Schille     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Nov 16, 2021     Form ID: 148     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill M Schille, 11 Point Place, Ringwood, NJ 07456-2112 |
| 517885338 | | ACAR Leasing LTD, d/b/a GM Financial LeasingPO BOX 183853, Arlington, TX 76096 |
| 517951844 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517964108 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517857688 | | Drmatology Group, PO Box 791486, Baltimore, MD 21279-6000 |
| 517857689 | | GM Finacial, P.O Box 1181145, Arlington, TX 76096 |
| 517857693 | + | NJ Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 517857695 | | Port Authority NY/NJ, Violations, PO Box 15186, Albany, NY 12212-5186 |
| 517925435 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 517857697 | | Valley Physician Services, Valley Medcal Group, PO Box 14000, Belfast, ME 04915-4033 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2021 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 16 2021 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517928370 | | EDI: BECKLEE.COM | Nov 17 2021 01:38:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517857682 | + | EDI: AMEREXPR.COM | Nov 17 2021 01:38:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517857683 | | EDI: BANKAMER.COM | Nov 17 2021 01:38:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517857684 | + | EDI: BANKAMER.COM | Nov 17 2021 01:38:00 | Bank of America, Attn: Bankruptcy Nc4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |
| 517922598 | | EDI: BANKAMER.COM | Nov 17 2021 01:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517955777 | | EDI: BL-BECKET.COM | Nov 17 2021 01:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517964108 | + | Email/Text: RASEBN@raslg.com | Nov 16 2021 20:32:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517970052 | + | EDI: CITICORP.COM | Nov 17 2021 01:38:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517857686 | + | EDI: CITICORP.COM | Nov 17 2021 01:38:00 | Citibank/The Home Depot, Attn: |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517857687 | + | EDI: CITICORP.COM | Nov 17 2021 01:38:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517857690 | + | EDI: PHINAMERI.COM | Nov 17 2021 01:38:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 517857691 | | EDI: IRS.COM | Nov 17 2021 01:38:00 | IRS, PO Box 931000, Louisville, KY 40293-1000 |
| 517857685 | | EDI: JPMORGANCHASE | Nov 17 2021 01:38:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517857692 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 16 2021 20:32:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517960547 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2021 20:43:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517857694 | + | Email/Text: bnc@nordstrom.com | Nov 16 2021 20:32:41 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517857696 | ##+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James C. Zimmermann | on behalf of Debtor Jill M Schille jim@jzlawyer.com office@jzlawyer.com |
| Kevin Gordon McDonald | on behalf of Creditor Roundpoint Mortgage Servicing Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5