B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Jill M Schille                     ,            Case No.  18-32084-JKS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Freedom Mortgage Corporation | RoundPoint Mortgage Servicing Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764
Phone:  855-690-5900
Last Four Digits of Acct #:  8026

Court Claim # (if known):  3
Amount of Claim:  $362,828.11
Date Claim Filed:  04/13/2022

Phone:  877-426-8805
Last Four Digits of Acct. #:  7696

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ReShaundra M. Suggs                Date: 07/13/2022
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Transfer of Claim was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail through CM/ECF on this date.

Date:    07/13/2022

Jill M Schille
11 Point Place
Ringwood, NJ 27456

James C. Zimmermann
The Law Offices of James C. Zimmermann
244 Route 94
P.O. Box 472, Suite One
Vernon, NJ 07462

Trustee
Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd, Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

MILLER, GEORGE & SUGGS, PLLC
2200 W. Commercial Blvd, Suite 103
Ft. Lauderdale, FL 33309
Telephone: 786-268-9954
Facsimile: 954-333-6823
rsuggs@mgs-legal.com
By: */s/ ReShaundra M. Suggs*
ReShaundra M. Suggs