JAMES C. ZIMMERMANN
THE LAW OFFICES OF JAMES C. ZIMMERMANN
244 ROUTE 94, SUITE ONE
P.O. BOX 472
VERNON, NJ  07462

Re:   JILL M SCHILLE
      11 POINT PLACE
      RINGWOOD,  NJ  07456

Atty:   JAMES C. ZIMMERMANN
        THE LAW OFFICES OF JAMES C. ZIMMERMANN
        244 ROUTE 94, SUITE ONE
        P.O. BOX 472
        VERNON, NJ  07462

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
### Chapter 13 Case # 18-32084

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $41,400.00**

## RECEIPTS AS OF 01/13/2023         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2018 | $393.00 | 5441553000 | 01/04/2019 | $393.00 | 5521581000 |
| 02/04/2019 | $700.00 | 5592031000 | 03/04/2019 | $700.00 | 5673704000 |
| 04/03/2019 | $700.00 | 5757569000 | 04/08/2019 | ($700.00) | 5757569000 |
| 04/16/2019 | $700.00 | 23722940103 | 05/10/2019 | $700.00 | 25818900557 |
| 06/07/2019 | $700.00 | 19599924802 | 07/16/2019 | $700.00 | 25141640207 |
| 08/19/2019 | $700.00 | 24479747583 | 09/13/2019 | $700.00 | 25141624716 |
| 10/10/2019 | $700.00 | 23722945784 | 11/13/2019 | $700.00 | 23722943940 |
| 12/10/2019 | $700.00 | 23722944028 | 01/10/2020 | $700.00 | 23722944434 |
| 02/11/2020 | $700.00 | 23722946673 | 03/13/2020 | $700.00 | 23722947066 |
| 05/06/2020 | $700.00 | 26433025615 | 05/06/2020 | $700.00 | 26433025626 |
| 07/06/2020 | $700.00 | 26433027011 | 09/29/2020 | $700.00 | 26433027955 |
| 09/29/2020 | $700.00 | 26433027966 | 10/06/2020 | $700.00 | 26433028394 |
| 10/06/2020 | $700.00 | 26433028383 | 11/10/2020 | $714.00 | 26433028697 |
| 12/18/2020 | $700.00 | 26433031037 | 01/15/2021 | $700.00 | 26433030216 |
| 03/16/2021 | $700.00 | 26433030701 | 04/13/2021 | $700.00 | 26433034255 |
| 04/13/2021 | $700.00 | 25818914193 | 05/11/2021 | $700.00 | 26433035493 |
| 06/18/2021 | $700.00 | 26433036347 | 07/20/2021 | $700.00 | 27557529467 |
| 09/21/2021 | $700.00 | 26433041141 | 10/21/2021 | $700.00 | 26433043345 |
| 11/01/2021 | $700.00 | 26433041444 | 11/15/2021 | $700.00 | 26433041758 |
| 02/14/2022 | $700.00 | 1832084-26433041905 | 02/14/2022 | $700.00 | 1832084-26433042153 |
| 03/10/2022 | $700.00 | 27916032126 | 03/15/2022 | $700.00 | 27916038303 |
| 04/14/2022 | $700.00 | 26820536872 | 06/01/2022 | $700.00 | 27916044704 |
| 06/09/2022 | $700.00 | 27916045817 | 07/22/2022 | $700.00 | 27557548683 |
| 08/17/2022 | $700.00 | 26433045955 | 08/31/2022 | $700.00 | 28273775398 |
| 10/14/2022 | $700.00 | 2643048420 | 11/09/2022 | $700.00 | 28273795110 |
| 12/12/2022 | $700.00 | 28273788685 | | | |

| Total Receipts: $33,700.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $33,700.00 |
|---|

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023        (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 10/21/2019 | $332.85 | 8,001,242 | 10/21/2019 | $51.27 | 8,001,242 |
| | 11/18/2019 | $264.49 | 8,001,283 | 11/18/2019 | $40.76 | 8,001,283 |
| | 12/16/2019 | $40.74 | 8,001,324 | 12/16/2019 | $264.48 | 8,001,324 |
| | 01/13/2020 | $264.48 | 8,001,369 | 01/13/2020 | $40.74 | 8,001,369 |
| | 02/10/2020 | $264.48 | 8,001,408 | 02/10/2020 | $40.74 | 8,001,408 |
| | 03/16/2020 | $264.47 | 8,001,450 | 03/16/2020 | $40.74 | 8,001,450 |
| | 04/20/2020 | $40.75 | 8,001,486 | 04/20/2020 | $264.50 | 8,001,486 |
| | 06/15/2020 | $502.18 | 8,001,598 | 06/15/2020 | $77.36 | 8,001,598 |
| | 08/17/2020 | $258.07 | 8,001,711 | 08/17/2020 | $39.76 | 8,001,711 |
| | 10/19/2020 | $516.12 | 8,001,833 | 10/19/2020 | $79.51 | 8,001,833 |
| | 11/16/2020 | $79.51 | 8,001,898 | 11/16/2020 | $516.13 | 8,001,898 |
| | 12/21/2020 | $263.18 | 8,001,954 | 12/21/2020 | $40.54 | 8,001,954 |
| | 01/11/2021 | $258.11 | 8,002,017 | 01/11/2021 | $39.76 | 8,002,017 |
| | 02/22/2021 | $39.77 | 8,002,064 | 02/22/2021 | $258.03 | 8,002,064 |
| | 04/19/2021 | $258.11 | 8,002,174 | 04/19/2021 | $39.74 | 8,002,174 |
| | 05/17/2021 | $516.13 | 8,002,225 | 05/17/2021 | $79.51 | 8,002,225 |
| | 06/21/2021 | $40.40 | 8,002,273 | 06/21/2021 | $262.25 | 8,002,273 |
| | 07/19/2021 | $262.24 | 8,002,326 | 07/19/2021 | $40.40 | 8,002,326 |
| | 08/16/2021 | $262.25 | 8,002,378 | 08/16/2021 | $40.40 | 8,002,378 |
| | 10/18/2021 | $262.25 | 8,002,477 | 10/18/2021 | $40.40 | 8,002,477 |
| | 11/17/2021 | $81.66 | 8,002,524 | 11/17/2021 | $530.08 | 8,002,524 |
| | 01/10/2022 | $265.01 | 8,002,629 | 01/10/2022 | $40.84 | 8,002,629 |
| | 03/14/2022 | $530.09 | 8,002,732 | 03/14/2022 | $81.65 | 8,002,732 |
| | 04/18/2022 | $538.44 | 8,002,786 | 04/18/2022 | $82.97 | 8,002,786 |
| | 05/16/2022 | $41.45 | 8,002,839 | 05/16/2022 | $269.24 | 8,002,839 |
| | 06/20/2022 | $269.21 | 8,002,893 | 06/20/2022 | $41.49 | 8,002,893 |
| | 07/18/2022 | $269.23 | 8,002,944 | 07/18/2022 | $41.46 | 8,002,944 |
| | 08/15/2022 | $269.23 | 8,002,994 | 08/15/2022 | $41.48 | 8,002,994 |
| | 09/19/2022 | $82.95 | 8,003,041 | 09/19/2022 | $538.44 | 8,003,041 |
| | 11/14/2022 | $263.65 | 8,003,150 | 11/14/2022 | $40.62 | 8,003,150 |
| | 12/12/2022 | $263.66 | 8,003,197 | 12/12/2022 | $40.60 | 8,003,197 |
| | 01/09/2023 | $40.64 | 8,003,252 | 01/09/2023 | $263.61 | 8,003,252 |
| BANK OF AMERICA | | | | | | |
| | 10/21/2019 | $162.05 | 835,218 | 11/18/2019 | $128.77 | 837,311 |
| | 12/16/2019 | $128.77 | 839,253 | 01/13/2020 | $128.76 | 841,131 |
| | 02/10/2020 | $128.78 | 843,007 | 03/16/2020 | $128.76 | 844,914 |
| | 04/20/2020 | $128.77 | 846,862 | 06/15/2020 | $244.49 | 850,460 |
| | 08/17/2020 | $125.65 | 854,122 | 10/19/2020 | $251.27 | 857,817 |
| | 11/16/2020 | $251.29 | 859,609 | 12/21/2020 | $128.19 | 861,428 |
| | 01/11/2021 | $125.61 | 863,225 | 02/22/2021 | $125.63 | 864,890 |
| | 04/19/2021 | $125.67 | 868,422 | 05/17/2021 | $251.28 | 870,330 |
| | 06/21/2021 | $127.68 | 872,131 | 07/19/2021 | $127.68 | 873,935 |
| | 08/16/2021 | $127.68 | 875,618 | 10/18/2021 | $127.68 | 879,122 |
| | 11/17/2021 | $258.07 | 880,833 | 01/10/2022 | $129.03 | 884,125 |
| | 03/14/2022 | $258.08 | 887,520 | 04/18/2022 | $262.15 | 889,221 |
| | 05/16/2022 | $131.08 | 890,932 | 06/20/2022 | $131.07 | 892,618 |
| | 07/18/2022 | $131.08 | 894,348 | 08/15/2022 | $131.07 | 895,916 |
| | 09/19/2022 | $262.15 | 897,514 | 11/14/2022 | $128.36 | 900,765 |
| | 12/12/2022 | $128.37 | 902,317 | 01/09/2023 | $128.34 | 903,807 |

**Chapter 13 Case # 18-32084**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | | |
| | 10/21/2019 | $6.48 | 834,660 | | 11/18/2019 | $5.14 | 836,776 |
| | 12/16/2019 | $5.15 | 838,719 | | 01/13/2020 | $5.14 | 840,603 |
| | 02/10/2020 | $5.14 | 842,477 | | 03/16/2020 | $5.16 | 844,349 |
| | 04/20/2020 | $5.14 | 846,295 | | 06/15/2020 | $9.76 | 849,954 |
| | 08/17/2020 | $5.03 | 853,589 | | 10/19/2020 | $10.04 | 857,274 |
| | 11/16/2020 | $10.04 | 859,076 | | 12/21/2020 | $5.12 | 860,838 |
| | 01/11/2021 | $5.02 | 862,748 | | 02/22/2021 | $5.02 | 864,267 |
| | 04/19/2021 | $5.02 | 867,811 | | 05/17/2021 | $10.04 | 869,772 |
| | 06/21/2021 | $5.10 | 871,530 | | 07/19/2021 | $5.11 | 873,393 |
| | 08/16/2021 | $5.10 | 875,081 | | 10/18/2021 | $5.10 | 878,600 |
| | 11/17/2021 | $10.31 | 880,309 | | 01/10/2022 | $5.16 | 883,606 |
| | 03/14/2022 | $10.31 | 887,011 | | 04/18/2022 | $10.48 | 888,665 |
| | 05/16/2022 | $5.23 | 890,440 | | 06/20/2022 | $5.25 | 892,093 |
| | 07/18/2022 | $5.23 | 893,857 | | 08/15/2022 | $5.23 | 895,434 |
| | 09/19/2022 | $10.48 | 897,001 | | 11/14/2022 | $5.13 | 900,280 |
| | 12/12/2022 | $5.13 | 901,863 | | 01/09/2023 | $5.13 | 903,357 |
| CAPITAL ONE NA | | | | | | | |
| | 10/21/2019 | $7.89 | 8,001,240 | | 11/18/2019 | $6.26 | 8,001,286 |
| | 12/16/2019 | $6.27 | 8,001,327 | | 01/13/2020 | $6.27 | 8,001,368 |
| | 02/10/2020 | $6.26 | 8,001,410 | | 03/16/2020 | $6.28 | 8,001,444 |
| | 04/20/2020 | $6.27 | 8,001,485 | | 06/15/2020 | $11.89 | 8,001,594 |
| | 08/17/2020 | $6.11 | 8,001,718 | | 10/19/2020 | $12.24 | 8,001,840 |
| | 11/16/2020 | $12.22 | 8,001,897 | | 12/21/2020 | $6.25 | 8,001,953 |
| | 01/11/2021 | $6.11 | 8,002,008 | | 02/22/2021 | $6.11 | 8,002,073 |
| | 04/19/2021 | $6.12 | 8,002,179 | | 05/17/2021 | $12.23 | 8,002,232 |
| | 06/21/2021 | $6.21 | 8,002,280 | | 07/19/2021 | $6.21 | 8,002,333 |
| | 08/16/2021 | $6.22 | 8,002,385 | | 10/18/2021 | $6.21 | 8,002,485 |
| | 11/17/2021 | $12.57 | 8,002,533 | | 01/10/2022 | $6.28 | 8,002,638 |
| | 03/14/2022 | $12.56 | 8,002,739 | | 04/18/2022 | $12.76 | 8,002,789 |
| | 05/16/2022 | $6.38 | 8,002,845 | | 06/20/2022 | $6.38 | 8,002,898 |
| | 07/18/2022 | $6.38 | 8,002,948 | | 08/15/2022 | $6.38 | 8,002,998 |
| | 09/19/2022 | $12.75 | 8,003,046 | | 11/14/2022 | $6.25 | 8,003,155 |
| | 12/12/2022 | $6.25 | 8,003,202 | | 01/09/2023 | $6.25 | 8,003,255 |
| CHASE BANK USA, N.A. | | | | | | | |
| | 10/21/2019 | $101.19 | 835,316 | | 11/18/2019 | $80.39 | 837,407 |
| | 12/16/2019 | $80.40 | 839,349 | | 01/13/2020 | $80.41 | 841,216 |
| | 02/10/2020 | $80.40 | 843,095 | | 03/16/2020 | $80.40 | 845,000 |
| | 04/20/2020 | $80.40 | 846,949 | | 06/15/2020 | $152.66 | 850,533 |
| | 08/17/2020 | $78.46 | 854,192 | | 10/19/2020 | $156.89 | 857,891 |
| | 11/16/2020 | $156.90 | 859,688 | | 12/21/2020 | $80.04 | 861,507 |
| | 01/11/2021 | $78.43 | 863,290 | | 02/22/2021 | $78.44 | 864,975 |
| | 04/19/2021 | $78.46 | 868,509 | | 05/17/2021 | $156.90 | 870,408 |
| | 06/21/2021 | $79.72 | 872,217 | | 07/19/2021 | $79.72 | 874,014 |
| | 08/16/2021 | $79.72 | 875,696 | | 10/18/2021 | $79.72 | 879,206 |
| | 11/17/2021 | $161.14 | 880,913 | | 01/10/2022 | $80.57 | 884,202 |
| | 03/14/2022 | $161.15 | 887,602 | | 04/18/2022 | $163.68 | 889,310 |
| | 05/16/2022 | $81.84 | 891,011 | | 06/20/2022 | $81.84 | 892,702 |
| | 07/18/2022 | $81.85 | 894,420 | | 08/15/2022 | $81.84 | 895,996 |
| | 09/19/2022 | $163.68 | 897,595 | | 11/14/2022 | $80.15 | 900,835 |
| | 12/12/2022 | $80.16 | 902,389 | | 01/09/2023 | $80.14 | 903,873 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | | |
| | 10/21/2019 | $99.66 | 835,072 | | 11/18/2019 | $79.18 | 837,170 |
| | 12/16/2019 | $79.19 | 839,093 | | 01/13/2020 | $79.19 | 840,962 |
| | 02/10/2020 | $79.20 | 842,836 | | 03/16/2020 | $79.19 | 844,712 |
| | 04/20/2020 | $79.18 | 846,659 | | 06/15/2020 | $150.36 | 850,266 |
| | 08/17/2020 | $77.27 | 853,919 | | 10/19/2020 | $154.53 | 857,599 |
| | 11/16/2020 | $154.54 | 859,392 | | 12/21/2020 | $78.80 | 861,180 |
| | 01/11/2021 | $77.27 | 863,020 | | 02/22/2021 | $77.30 | 864,620 |
| | 04/19/2021 | $77.23 | 868,138 | | 05/17/2021 | $154.53 | 870,073 |
| | 06/21/2021 | $78.52 | 871,848 | | 07/19/2021 | $78.52 | 873,676 |
| | 08/16/2021 | $78.52 | 875,364 | | 10/18/2021 | $78.52 | 878,862 |
| | 11/17/2021 | $158.71 | 880,566 | | 01/10/2022 | $79.37 | 883,859 |
| | 03/14/2022 | $158.71 | 887,256 | | 04/18/2022 | $161.21 | 888,920 |
| | 05/16/2022 | $80.62 | 890,662 | | 06/20/2022 | $80.60 | 892,328 |
| | 07/18/2022 | $80.61 | 894,077 | | 08/15/2022 | $80.61 | 895,642 |
| | 09/19/2022 | $161.22 | 897,223 | | 11/14/2022 | $78.94 | 900,469 |
| | 12/12/2022 | $78.91 | 902,041 | | 01/09/2023 | $78.98 | 903,534 |
| LVNV FUNDING LLC | | | | | | | |
| | 10/21/2019 | $73.76 | 835,619 | | 11/18/2019 | $58.61 | 837,689 |
| | 12/16/2019 | $58.61 | 839,606 | | 01/13/2020 | $58.61 | 841,483 |
| | 02/10/2020 | $58.61 | 843,374 | | 03/16/2020 | $58.61 | 845,292 |
| | 04/20/2020 | $58.61 | 847,233 | | 06/15/2020 | $111.29 | 850,783 |
| | 08/17/2020 | $57.16 | 854,459 | | 10/19/2020 | $114.40 | 858,158 |
| | 11/16/2020 | $114.38 | 859,945 | | 12/21/2020 | $58.32 | 861,781 |
| | 01/11/2021 | $57.19 | 863,538 | | 02/22/2021 | $57.21 | 865,282 |
| | 04/19/2021 | ($57.16) | 868,810 | | 04/19/2021 | $57.16 | 869,686 |
| | 04/19/2021 | $57.16 | 868,810 | | 05/17/2021 | $114.38 | 870,698 |
| | 06/21/2021 | $58.12 | 872,502 | | 07/19/2021 | $58.11 | 874,279 |
| | 08/16/2021 | $58.12 | 875,972 | | 10/18/2021 | $58.11 | 879,469 |
| | 11/17/2021 | $117.47 | 881,183 | | 01/10/2022 | $58.74 | 884,453 |
| | 03/14/2022 | $117.47 | 887,861 | | 04/18/2022 | $119.32 | 889,598 |
| | 05/16/2022 | $59.66 | 891,284 | | 06/20/2022 | $59.66 | 892,985 |
| | 07/18/2022 | $59.66 | 894,664 | | 08/15/2022 | $59.66 | 896,252 |
| | 09/19/2022 | $119.32 | 897,863 | | 11/14/2022 | $58.42 | 901,082 |
| | 12/12/2022 | $58.43 | 902,629 | | 01/09/2023 | $58.42 | 904,128 |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION | | | | | | | |
| | 04/15/2019 | $456.40 | 824,037 | | 05/20/2019 | $660.10 | 826,055 |
| | 06/17/2019 | $672.00 | 828,009 | | 07/15/2019 | $672.00 | 829,876 |
| | 08/19/2019 | $672.00 | 831,891 | | 09/16/2019 | $526.35 | 833,883 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,878.32 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,605.00 | 100.00% | 1,605.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 22,983.93 | * | 10,584.69 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA NA | UNSECURED | 447.14 | * | 205.92 | |
| 0004 | CHASE BANK USA, N.A. | UNSECURED | 6,986.97 | * | 3,217.69 | |
| 0005 | CITIBANK NA | UNSECURED | 6,881.63 | * | 3,169.19 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 5,093.31 | * | 2,345.60 | |
| 0007 | DRMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | GM FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0011 | CAPITAL ONE NA | UNSECURED | 544.63 | * | 250.82 | |
| 0012 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0013 | NORDSTROM SIGNATURE VISA | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 18-32084**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0014 | PORT AUTHORITY NY/NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FREEDOM MORTGAGE CORPORATION | MORTGAGE ARRE | 3,658.85 | 100.00% | 3,658.85 | |
| 0017 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | AMERICAN EXPRESS BANK | UNSECURED | 3,540.72 | * | 1,630.61 | |
| 0020 | BANK OF AMERICA | UNSECURED | 11,190.07 | * | 5,153.31 | |
| 0021 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $33,700.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $33,700.00     -     Paid to Claims: $30,216.68     -     Admin Costs Paid: $3,483.32     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.